UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.3:14-00071 |
| | ) | JUDGE CAMPBELL |
| JOE FUQUA | ) | |

ORDER

Pending before the Court is a Motion to Set Change of Plea Hearing (Docket No. 76). The Motion is GRANTED in part and DENIED in part. Because there is not enough time allotted during the status conference scheduled for July 7, 2014, the Court will hold a change of plea hearing on July 21, 2014, at 2:30 p.m. Any proposed plea agreement shall be submitted to the Court by July 17, 2014.

The pretrial conference remains scheduled for July 28, 2014, at 11:00 a.m. and the trial remains scheduled for August 5, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE