UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:14-00071 |
| ) | JUDGE CAMPBELL |
| JOE FUQUA ) | |

<u>ORDER</u>

Pending before the Court is the Government's Unopposed Motion to Reset Sentencing Hearing (Docket No. 110). The Motion is GRANTED.

The sentencing hearing in this case is RESCHEDULED for December 5, 2014, at 9:00 a.m.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

                                            _____
                                            TODD J. CAMPBELL
                                            UNITED STATES DISTRICT JUDGE