IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-14-00071 |
| v. | ) | |
| | ) | |
| JOE FUQUA | ) | |

O R D E R

A hearing is scheduled on **Tuesday, October 21, 2014, at 3:00 p.m.,** to address the Petition filed by Pretrial Services (Docket Entry No. 122).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge